STATE OF NEW JERSEY v. JONATHAN SELLERS.

December 19, 1978. Petition for certification denied.

STATE OF NEW JERSEY v. JOHN KITCHEN.

December 19, 1978. Petition for certification denied.

IN THE MATTER OF THE ESTATE OF
HELENE MARGOW, DECEASED.

December 19, 1978. Petition for certification denied.

STATE OF NEW JERSEY v. GEORGE DALEY.

December 19, 1978. Petition for certification denied.

WILLIAM H. IMKEN v. RICHARD C. LEONE.

December 19, 1978. Petition for certification granted.